IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MELISSA HEARRING, individually ) | |
| and as natural mother and next friend of ) | |
| B.H., a minor child, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 03:10-cv-0746 |
| ) | JURY DEMAND |
| KAREN SLIWOWSKI, Individually, ) | MAGISTRATE BRYANT |
| ) | |
| Defendant. ) | |

*[Handwritten note: ORDER Motion GRANTED - Trial will be set at a status conference on July 8, 2013 at 10:30 am.. /s/ [signature] 6-27-13]*

## MOTION TO CONTINUE

Comes the Plaintiff and request that this Honorable Court continue the trial in this case which is presently set for September 17, 2013. For grounds the Plaintiff would show that her attorney of record will be in Ireland on this date.

In support of this motion Plaintiff relies on the Affidavit of her attorney of record, Phillip L. Davidson, and attachments.

The Plaintiff would further show that her attorney of record can try this case any time after October 8, 2013.

Respectfully submitted,

/s/          Phillip          L.          Davidson

Phillip L. Davidson, #6466

1