IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MELISSA HEARRING, as natural mother and next friend to B.H., a minor child | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:10-cv-0746 Chief Judge Haynes |
| THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY TENNESSEE, | ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER

In accordance with the jury's verdict, all claims against the Defendant the Metropolitan Government of Nashville and Davidson County, Tennessee are hereby **DISMISSED** with prejudice. Each party shall bear its own costs.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___ day of February, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court