IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MELISSA HEARRING, )
as natural mother and next friend of )
B.H., a minor child, )
)
    Plaintiff, ) Case No. 3:10-0746
) Chief Judge Haynes
v. )
)
THE METROPOLITAN GOVERNMENT )
OF NASHVILLE AND DAVIDSON )
COUNTY, )
)
    Defendant. )

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motion for a new trial (Docket Entry No. 180) is **DENIED**, but Plaintiff is **AWARDED** injunctive relief to protect her and other public school students' privacy rights under the Fourth and Fourteenth Amendments. The Defendant is **ORDERED** to train its public school nurses and employees who are authorized to conduct searches of public school students on the Fourth and Fourteenth Amendments' limitations on physical searches of public students. This injunction is necessary given the Supreme Court's directives to ensure that "'other safeguards' are available 'to assure that the individual's reasonable expectation of privacy is not 'subject to the discretion of the official in the field,'" New Jersey v. T.L.O., 469 U.S. 325, 342 n.8 (1985), and that school officials "limit the intrusiveness of a search, 'in light of the age and sex of the student and the nature of the infraction.'" Safford Unified School Dist. No. 1 v. Redding, 557 U.S. 364, 378 (2009) (quoting T.L.O., 469 U.S. at 342).

    It is so **ORDERED**.

**ENTERED** this the 8th day of August, 2014.

 _____
 WILLIAM J. HAYNES, JR.
 Chief United States District Judge